No. 764. PEREIRA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Charles L. Sylvester* and *Wil-*

*liam H. Fryer* for petitioners. *Acting Solicitor General Stern* and *Beatrice Rosenberg* for the United States.

